# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 2/12/2025 | Case Number: | 2:24-cr-00070 |
| Case Style: | USA vs. Justin Saunders | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Samuel Marsh

Attorney(s) for the Defendant(s):

Lex Coleman

| | |
|---|---|
| Law Clerk: | Rudy Rosenmeyer |
| Probation Officer: | Olivya Jones |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:03 PM | 1:29 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 26 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 1:00 p.m.
Actual Start 1:03 p.m.

Defendant present in person and by counsel.
Defendant placed under oath.
Court finds Defendant competent to go forward.
Court defers acceptance of plea agreement but orders original plea agreement filed.
Defendant waives reading of Indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Court asks Government to provide factual basis for the plea.
Government relies upon the Stipulation of Facts for its factual basis.
Court calls upon Defendant to enter a plea.
Defendant pleads guilty to Count Two of the Indictment and executes written guilty plea form.
Court finds Defendant is competent and capable of entering an informed plea.
Court finds Defendant's plea to be voluntary.
Court finds that Defendant understands the consequences of the plea.
Court finds that Defendant understands the rights being given up.
Court defers finding sufficient factual basis for Defendant's plea at this time.
Court accepts plea.
Court defers adjudging Defendant guilty until the time of sentencing.
Defendant remanded pending sentencing.
Sentencing set for June 9, 2025, at 2:00 p.m.
Court recessed at 1:29 p.m.