IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



UNITED STATES OF AMERICA,

        Plaintiff,

v.                      CRIMINAL ACTION NO. 2:24-cr-00070-01

JUSTIN SAUNDERS,

        Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Lex A. Coleman, my counsel, who has fully explained the charge contained in Count Two of the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Two of the Indictment.

DATE: 12 Feb 25

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT